**Order entered February 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00818-CV

## IN RE DEBRA BLACKWELL, Relator

### Original Proceeding from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-50066-2018

### ORDER

We previously abated this case because the parties stated that they had entered into a mediated settlement agreement and requested that this original proceeding be stayed in order for the trial judge to sign an agreed final order in the underlying proceeding. After we abated this case, relator filed an unopposed motion stating the parties had agreed to the dismissal of this original proceeding.

On the Court's own motion, we **REINSTATE** this original proceeding.

/s/    LESLIE OSBORNE
       JUSTICE